MARK FANG, ATTORNEY AT LAW, APC
Mark Fang, Esq.; SBN 199073
mfang@markfangapc.com
William G. Short, Esq.; SBN 132479
bshort@markfangapc.com
400 Camarillo Ranch Road, Suite 203
Camarillo, CA 93012
Telephone: (805) 383-2788
Facsimile: (805) 388-9488

Attorney for Plaintiff QINGDAO TANG-BUY INT'L IMPORT & EXPORT CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QINGDAO TANG-BUY INTERNATIONAL IMPORT & EXPORT COMPANY, LIMITED, incorporated under the laws of the People's Republic of China (R.O.C.),<br><br>       Plaintiff,<br><br>vs.<br><br>PREFERRED SECURED AGENTS, INC., a California corporation; RETAIL BUSINESS ASSOCIATES, LLC, a California limited liability company; MARK CARDINALE; HAL REILAND;<br><br>       Defendants. | **Case No.:** 3:15-cv-00624-LB<br><br>**Plaintiff's Application and [PROPOSED] Order for Telephonic Appearance for Case Management Conference**<br><br>Date: August 4, 2016<br>Time: 11:00 a.m.<br>Location: C, 15th Floor |

   Pursuant to USDC Local Civil Rules 16-10 (a), this shall serve as Plaintiff's counsel's request to participate in the Case Management Conference on August 4, 2016. Plaintiff's counsel's office is located in Camarillo, California (Southern California), and the availability of using CourtCall would reduce unnecessary expenses for Plaintiff.

---

1
Application for Telephonic Appearance

1
2  Dated:    August 1, 2016                MARK FANG ATTORNEY AT LAW, APC
3
4                                          By: /  Mark Fang  /
5                                          Mark Fang, Esq., Attorney for Plaintiff QINGDAO TANG-BUY INTERNATIONAL IMPORT & EXPORT COMPANY, LIMITED
6
7
8
9                            [~~Proposed~~ Order]
10
11     Having shown good cause, Plaintiff's counsel's request to participate in the August 4, 2016
12  CMC by telephone is granted.  Counsel to make arrangements through CourtCall (1-866-582-6878).
13
14     Signed:_____/s/ LB/_____The Honorable Magistrate Judge Laurel Beeler
15
16     Date: August__1__, 2016
17
18
19
20
21
22
23
24
25
26
27
28

---
2
Application for Telephonic Appearance