United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| QINGDAO TANG-BUY INTERNATIONAL IMPORT & EXPORT COMPANY, LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED SECURED AGENTS, INC., et al.,<br><br>Defendants. | Case No. 15-cv-00624-LB and 17-cv-00974-LB<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 359 |

In December 2017, the court entered an order enforcing the parties' settlement agreement that they placed on the record in June 2017.[1] All payments have been made, and the state-court action is dismissed. The settlement terms thus have been satisfied. The parties did not finalize their stipulated dismissal, apparently because the defendants were negotiating its terms. The plaintiffs move for an order of dismissal of all claims, cross-claims, and counterclaims with prejudice (as the parties agreed in their settlement).[2] The court can decide the motion without oral argument and vacates the case-management conference on July 5, 2018, and the hearing on July 19, 2018. N.D. Cal. Civ. L. R. 7-1(b).

---

[1] Order – ECF No. 324. The [ECF cite]. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Motion – ECF No. 359.

ORDER – Nos. 15-cv-00624-LB and 17-cv-00974-LB

The court grants the motion and dismisses the claims, cross-claims, and counterclaims with prejudice. Each party will bear its own attorney's fees and costs. The court retains jurisdiction to enforce the settlement agreement.

The court directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

Dated: July 4, 2018

_____
LAUREL BEELER
United States Magistrate Judge